**91–1943.** Craig v. Babcock. *Portage County,* No. 90–P–2248. On motion to consolidate with 91–1944, *Craig v. Kent City Council,* Portage County, No. 90–P–2247; and 91–1945, *Kandall v. Kent City Council,* Portage County, No. 90–P–2255. Motion granted.

WRIGHT, J., not participating.

**91–1985.** Middleburg Hts. v. Ohio Bd. of Building Standards. *Franklin County,* No. 90AP–1289. On motions for leave to file *amicus* of Flair Corp. et al.; Associated General Contractors of Ohio; Architects Society of Ohio; Ohio Home Builders Association et al.; and Ohio Housing Coalition. Motions granted.

**91–2011.** State v. Gibbs. *Hamilton County,* Nos. C–890200, C–890206 and C–890207. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.